IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELLE MULLINER,<br><br>Plaintiff,<br><br>-v-<br><br>JANSSEN RESEARCH & DEVELOPMENT f/k/a JOHNSON & JOHNSON RESEARCH & DEVELOPMENT LLC, ORTHO-MCNEIL PHARMACEUTICAL LLC, JANSSEN PHARMACEUTICALS INC f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICAL LLC f/k/a/ JANSSEN PHARMACEUTICAL, INC., TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D INC. f/k/a TEVA GLOBAL RESPIRATORY RESEARCH LLC f/k/a IVAX RESEARCH LLC f/k/a IVAX RESEARCH INC. f/k/a IVAX LABORATORIES INC. f/k/a BAKER NORTON PHARMACEUTICALS INC., and JOHNSON & JOHNSON<br><br>Defendants. | Case No. 22-cv-1674 |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MICHELLE MULLINER, together with the above-captioned Defendants, by and through their respective counsel of record, that the claims of Plaintiff, MICHELLE MULLINER, be dismissed with prejudice and that Plaintiff be dismissed as a party to this action pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own costs.

Date: June 28, 2024

*Attorneys for Plaintiff*

/s/ *Benjamin Widlanski*
Benjamin Widlanski, Esq
bwidlanski@kttlaw.com
Tal J. Lifshitz, Esq.
tjl@kttlaw.com
KOZYAK TROPIN &
THROCKMORTON LLP
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

/s/ *Francisco R. Maderal*
Francisco R. Maderal, Esq.
frank@maderalbyrne.com
MADERAL BYRNE & FURST
PPLC
2800 Ponce de Leon Blvd.
Suite 1100
Coral Gables, FL 33134
Telephone: (305) 520-5690
Facsimile: (305) 520-5698

*Attorney for Defendants*
*Janssen Pharmaceuticals,*
*Inc. and Johnson & Johnson*

s/ *Michael C. Zogby*
Michael C. Zogby
Barnes & Thornburg, LLP
67 East Park Place, Suite 1000
Morristown, NJ 07960
973-775-6110
Michael.Zogby@btlaw.com

Kristen R. Fournier
King & Spalding
1185 Avenue of the Americas,
35th Floor
New York, New York 10036
kfournier@kslaw.com

2

**CERTIFICATE OF SERVICE**

I, Benjamin Widlanski, hereby certify that on this 28th day of June 2024, I filed a copy of the foregoing document via the Court's CM/ECF System, which sent a Notice of Filing Activity to all counsel of record. The document is available for viewing and downloading from that system.

/s/*Benjamin Widlanski*
Benjamin Widlanski, Esq

It is so ordered this 1st day of July, 2024

Brian R. Martinotti, U.S.D.J.

3